

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN BAILEY, et al.,

    Plaintiffs,

-against-

DIQUE PIC PRODUCTIONS, LLC, et al.,

    Defendants.

19-CV-3168 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiffs' letter dated October 24, 2019 (Dkt. No. 26), seeking approval of their Settlement Agreement and General Release (Agreement) (Dkt. No. 26-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).[1] The Agreement requires defendants Dique Pique Productions, LLC, Marti Hines, and Jasmin Greene to pay a total of $80,000 to plaintiffs Erin Bailey, Alexandra Bock, Jacob Bogatin, Olivia Booker, Michael Cooke, Samuel Edgerton, Thomas Festo, Katsumi Funahashi, Marcia Garcia, John Izarpate, Marc Auerbach, Maximilian Arias, Nestor Marmol, Miguel Pineda, Emily Potter, Nadine Ramos, and Derriek Williams, and their attorneys, in full settlement of their claims under the Fair Labor Standards Act, New York State Labor Law, and New York City Charter's Freelancer's Act, all arising out of plaintiffs' freelance work for defendants during production of a movie titled Paper Friends. Ag. at 1, ¶ 2. The attorneys' fee portion will be $26,666.67, which is one-third of the gross settlement amount. Ag. ¶ 2(a).

---

[1] According to plaintiffs, defendants "refused to participate" in the preparation of the letter, notwithstanding this Court's direction that it be submitted jointly. (*See* Dkt. Nos. 23, 25.) Defendants have therefore waived any objection to plaintiffs' description of the case or analysis of the fairness of the settlement.

The parties reached agreement on the material terms of the Agreement at a settlement conference supervised by the undersigned Magistrate Judge on September 10, 2019. (*See* Dkt. Nos. 14, 20.)

The Agreement contains a unilateral release wherein plaintiffs release defendants "from any and all claims Plaintiffs may have brought in this action, including claims under the FLSA, NYLL, or New York City Charter relating to the amount of wages paid to them during the course of their employment with Defendants." Ag. ¶ 6. The parties request that the Court retain "jurisdiction over the enforcement of this action." Ag. ¶ 8(a).

The Court has reviewed the terms of the Agreement, including the proposed attorneys' fee, and finds that they are fair and reasonable as required by *Cheeks*, 796 F.3d at 206. Accordingly, the proposed settlement is APPROVED. However, the parties neglected to file an executed stipulation of dismissal with prejudice. *See* Ag. ¶ 4.

This action is hereby DISMISSED with prejudice and without costs. The Court will retain jurisdiction for the limited purpose of enforcing the Agreement.

The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
November 14, 2019

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge