```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/21
```

PRESENT:

Hon. Moses
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BAILEY, et al,                                               Case No.: 19-cv-3168 (BCM)

                              Plaintiffs,
        -against-                                            ORDER TO SHOW CAUSE

DIQUE PIC PRODUCTIONS LLC et. al.,

                              Defendants.
----------------------------------------------------------------X

      Upon the ~~annexed~~ affirmation of Jesse C. Rose, Esq., dated June 24, 2021, the proposed judgment, the fully executed Settlement Agreement approved by the Court on November 11, 2019, and the attached Confessions of Judgment to that Settlement Agreement, let Defendants Dique Pic Productions LLC, Marti Hines aka Martinique Hines, and Jasmin Greene, or their attorney, show cause before the Honorable Judge Barbara C. Moses of this Court, to be held at the United States in Courtroom 20A District Courthouse located at ~~40 Foley Square~~ 500 Pearl Street, New York, New York, in New York County, City and State of New York on the 22nd day of July, 2021 at 10 o'clock in the morning ~~noon~~ of that date, or as soon thereafter as counsel can be heard, why an Order should not be issued (1) entering ~~default~~ judgment in favor of the Plaintiffs Miguel Pineda, Samuel Edgerton, Erin Bailey, Marcia Garcia, John Izarpate, Maximilian Arias, Alexandra Bock, Jacob Bogatin, Thomas Festo, Marc Auerbach, Michael Cooke, Derriek Williams, Nestor Marmol, and Katsumi Funahashi, in the amount of $120,000.00; and (2) awarding the attorneys' fees and costs expended in ~~this case and~~ the making of this motion. against defendants Dique Pic Productions LLC, Marti Hines aka Martinque Hines, and Jasmin Greene.

      No prior or similar relief has been sought other than as indicated in the herein papers.

```
Opposition papers are due no later than July 12, 2021.
```

SUFFICIENT CAUSE THEREFOR APPEARING, LET service by ECF upon the Defendants' Attorney on the date of this filing be sufficient.

Dated: New York, New York
       6/28   , 2021

ENTER:

_____
U.S.M.J.