

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/21

Jesse C. Rose, Esq.
**THE ROSE LAW GROUP, PLLC**
3272 Steinway St; Suite 503
Astoria, New York 11103
Telephone (718)989-1864   Facsimile  (917) 831-4595
JRose@TheRoseLawGroup.com

June 29, 2021

<u>Via ECF</u>
Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

# MEMO ENDORSED

    Re: <u>Bailey et al v. Dique Pic Productions LLC et al</u>
       <u>Case No.: 1:19-cv-03168 (JMF)(BM)</u>

Dear Judge Moses:

  I represent the Plaintiffs in the above reference matter. Your Honor has scheduled the Show Cause Hearing relating to Plaintiffs' Order to Show Cause on July 22, 2021 at 10:00 AM. (Dkt No. 30). That date conflicts with an employment discrimination arbitration which has been some months in scheduling, including bringing witnesses from out of state. The following week on July 26, 30 or August 4, 5 or 6 presently work for me. Defendants' counsel does not object to this requested adjournment. This is the first request to adjourn this date.

  Thank You for Your Honor's time and attention to this matter.

                  Respectfully submitted,

                  _____/s/Jesse C. Rose_____
                  Jesse C. Rose

Cc: All Counsel (via ECF)

---

Application GRANTED. The Show Cause Hearing currently scheduled for July 22, 2021 is hereby ADJOURNED to **August 5, 2021, at 10:00 a.m.** SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 30, 2021