```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BAILEY, et al,                                    Case No.: 19-cv-3168 (BCM)

                      Plaintiffs,
   -against-                                   ~~PROPOSED~~
                                    <u>JUDGMENT</u>
DIQUE PIC PRODUCTIONS LLC et. al.,

                      Defendants.
-----------------------------------------------------------------X

Whereas, this action having been settled on September 26, 2019 in substance during a conference with the Court and then reduced to writing in the form of a Settlement Agreement totaling $80,000.00;

Whereas, that Settlement Agreement required [ecd] a payment of $25,000.00 on or before 18 months after approval by this Court of the Settlement Agreement; 

Whereas, the Defendants failed to make any payment due under the Settlement Agreement;

Whereas, the Settlement Agreement calls for a payment of $80,000.00 plus 50% of the unpaid amount at the time of breach totaling $120,000.00;

Whereas, Defendant Marti Hines aka Martinique Hines and Defendant Jasmin Greene each executed Confessions of Judgment for the full amount of the Settlement Agreement;

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED: That the Plaintiffs Miguel Pineda, Samuel Edgerton, Erin Bailey, Marcia Garcia, John Izarpate, Maximilian Arias, Alexandra Bock, Jacob Bogatin, Thomas Festo, Marc Auerbach, Michael Cooke, Derriek Williams, Nestor Marmol, and Katsumi Funahashi have judgment against Defendants Dique Pic Productions LLC, Marti Hines aka Martinique Hines, and Jasmin Greene, jointly and severally, in the liquidated amount of $120,000.00 plus post-judgment interest to be calculated by the Clerk plus attorneys' fees and costs to be determined based on a subsequent submission;

Dated: New York, New York
       August 5, 2021

ENTER:

_____
~~U.S.D.J.~~

U.S.M.J.